31477. METZER *v.* CONNALLY REALTY COMPANY.

TOWNSEND, J. The Supreme Court in case number 15947, decided November 12, 1947, on certiorari, having reversed the judgment of this court with the direction that such further action be taken by this court as may be necessary to give effect to the opinion filed in the case by the Supreme Court; and the effect of the judgment of the Supreme Court reversing this court being a reversal of the judgment of the trial court,

therefore pursuant to said decision of the Supreme Court, the judgment of the trial court is

Reversed. *MacIntyre, P. J. and Gardner, J. concur.*
DECIDED DECEMBER 5, 1947.

C. G. Battle, for plaintiff.
Lee E. Bobet, J. F. Kemp, for defendant.
Yantis Mitchell, as amicus curiæ.